IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **JAMEY LEE DYE,** | ) |
| Plaintiff, | ) Case No. 1:20CV00066 |
| v. | ) **ORDER** |
| **KILOLO KIJAKAZI,** **ACTING COMMISSIONER OF SOCIAL SECURITY,** | ) JUDGE JAMES P. JONES |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed March 29, 2022, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED; and

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report.

ENTER: April 18, 2022

/s/ JAMES P. JONES
Senior United States District Judge